W ✓ S ___ NP ___

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

05 JAN 20 PM 3:19

OFFICE OF THE CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 8:06CR-16 |
| vs. | INDICTMENT<br>(21 U.S.C. § 846<br>21 U.S.C. §841(a)(1)<br>21 U.S.C. § 841(b)(1)) |
| ANDREW J. PARKER, | |
| Defendant. | **JUDGE STROM**<br>**MAGISTRATE JUDGE GOSSETT** |

The Grand Jury Charges:

<u>COUNT I</u>

Beginning at a unknown date but at least as early as November 15, 2005, and continuing through November 22, 2005, in the District of Nebraska, ANDREW J. PARKER, defendant herein, did willfully and knowingly combine, conspire, confederate and agree with other persons known and unknown to the grand jury to distribute 5 grams or more of a mixture or substance containing a detectable amount cocaine base, <u>i.e.</u> crack cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code Sections 841(a)(1) and 841(b)(1).

In violation of Title 21, United States Code, Section 846.

<u>COUNT II</u>

On or about November 15, 2005, in the District of Nebraska, ANDREW J. PARKER, defendant herein, did knowingly and intentionally distribute 5 grams or more of a mixture or substance containing a detectable amount of cocaine base, <u>i.e.</u> crack cocaine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Section 841 (a)(1) and 841(b)(1).

# COUNT III

On or about November 22, 2005, in the District of Nebraska, ANDREW J. PARKER, defendant herein, did knowingly and intentionally distribute a mixture or substance containing a detectable amount of cocaine base, i.e. crack cocaine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Section 841 (a)(1) and 841(b)(1).

A TRUE BILL:

_____
FOREPERSON

_____
MICHAEL G. HEAVICAN
United States Attorney

The United States of America requests that trial of this case be held at Omaha, Nebraska, pursuant to the rules of this Court.

_____
ROBERT C. SIGLER
Assistant U.S. Attorney

FILED U.S. DISTRICT COURT DISTRICT OF NEBRASKA 06 JAN 20 PM 3:19 OFFICE OF THE CLERK