IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
UNITED STATES OF AMERICA,        )
                                 )
                Plaintiff,       )            8:06CR16
                                 )
         v.                      )
                                 )
ANDREW PARKER,                   )              ORDER
                                 )
                Defendant.       )
_____)
```

The Court has been advised defendant wishes to enter a plea.  Accordingly,

IT IS ORDERED that a Rule 11 hearing is scheduled for:

**Friday, December 8, 2006, at 11 a.m.**

in Courtroom No. 5, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska.

DATED this 22nd day of November, 2006.

BY THE COURT:

/s/ Lyle E. Strom

_____
LYLE E. STROM, Senior Judge
United States District Court