IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:06CR16 |
| | ) | |
| v. | ) | |
| | ) | |
| ANDREW PARKER, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

      This matter is before the Court on defendant's motion to seal (Filing No. 17). The Court finds said motion should be granted. Accordingly,

      IT IS ORDERED that defendant's motion is granted; defendant may file a motion containing personal information under seal.

      DATED this 26th day of February, 2007.

      BY THE COURT:

      /s/ Lyle E. Strom
      _____
      LYLE E. STROM, Senior Judge
      United States District Court