IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
UNITED STATES OF AMERICA,      )
                               )
              Plaintiff,       )          8:06CR16
                               )
         v.                    )
                               )
ANDREW PARKER,                 )              ORDER
                               )
              Defendant.       )
_____)
```

This matter is before the Court on defendant's motion to file restricted motion (Filing No. 22) and motion to continue sentencing hearing (Filing No. 23).  The Court finds said motions should be granted.  Accordingly,

IT IS ORDERED that defendant's motions are granted. Sentencing is rescheduled for:

**Thursday, July 26, 2007, at 10 a.m.**

Courtroom No. 5, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska.

DATED this 3rd day of May, 2007.

BY THE COURT:

/s/ Lyle E. Strom

_____
     LYLE E. STROM, Senior Judge
     United States District Court