PS 8
(Rev. 12/04)

# UNITED STATES DISTRICT COURT
## for the
## DISTRICT OF NEBRASKA

FILED
US DISTRICT COURT
DISTRICT OF NEBRASKA
JUL 11 2007
OFFICE OF THE CLERK

U.S.A. vs. Andrew J. Parker            Docket No. 8:06CR16

Amended Petition for Action on Conditions of Pretrial Release

COMES NOW Troy D. Greve, PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant Andrew J. Parker, who was placed under pretrial release supervision by the Honorable Lyle E. Strom sitting in the Court at Omaha, NE, on March 5, 2007, under the following conditions:

1. The defendant shall not commit any offense in violation of federal, state or local law while on release.
7. The defendant shall:
   (a) Truthfully report to the United States Pretrial Services Agency as directed (telephone no. (402)661-7560).
   (k) Reside at NOVA, 3483 Larimore, Omaha, NE 68111 facility at all times. In the event that the defendant is discharged from the facility for any reason whatsoever, or leaves the premises of the facility without authorization, the United States Marshal, and/or any law enforcement officer is ordered to take the defendant into custody and detain the defendant pending a prompt hearing before the court to review the conditions of release.

Respectfully presenting petition for action of Court and for cause as follows:
(if short insert here; if lengthy write on separate sheet and attach)

On May 7, 2007, Karen Foxx of NOVA telephoned this officer and advised Mr. Parker left NOVA's treatment facility at approximately 8:15 AM on this date without authorization. Mr. Parker's whereabouts remained unknown and he failed to report to Pretrial Services until his arrest by law enforcement on July 10, 2007. In addition, Mr. Parker received citations from the Omaha Police Division for false information, minor possess liquor, financial responsibility and improper display of plates.

PRAYING THAT THE COURT WILL ORDER A WARRANT FOR MR. PARKER'S ARREST, REQUIRING HIM TO APPEAR AND ANSWER TO THESE ALLEGATIONS.

ORDER OF COURT

Considered and ordered this 11th day of July, 2007 and ordered filed and made a part of the records in the above case.

_____
U.S. Magistrate Judge

RECEIVED
JUL 11 2007
CLERK
U.S. DISTRICT COURT
OMAHA

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: July 11, 2007

_____
U.S. Pretrial Services Officer

Place: 111 South 18th Plaza,
Omaha, NE 68102

